AO 240A (Rev. 1/94)

# UNITED STATES DISTRICT COURT

District of MINNESOTA

Kathryn LaFond

Plaintiff

V.

Wausau Insurance Company

Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE 01-724 JMR/FLN

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☑ GRANTED.

☐ The clerk is directed to file the complaint.

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this 29th day of May, 2001.

Signature of Judicial Officer

FRANKLIN L. NOEL, MAGISTRATE JUDGE

Name and Title of Judicial Officer

FILED MAY 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS