UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kathryn LaFond,

Plaintiff,

v.

Wausau Insurance Companies,

Defendant.

Civil 01-724 JMR/FLN

ORDER

---

This Court's order of November 8, 2001, is hereby vacated.

DATED: November 15, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED NOV 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK